FILED

05/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0222

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### CAUSE NO. DA 21-0222

In re the GUARDIANSHIP OF B.K.,
    *A Minor Child.*

MARGARET LOUISE KLUBBEN
and FRED KLUBBEN,
    *Petitioners/Appellees*,

    -and-

JESSICA SMALLING and
JASON KLUBBEN,
    *Respondents/Appellants*.

## ORDER GRANTING WITHRAWAL

Counsel for Appellees Margaret and Fred Klubben has moved for permission to withdraw as counsel of record upon signed request of the Appellees. Good cause appearing, therefore,

IT IS ORDERED that counsel for Appellee's Motion to Withdraw is hereby APPROVED. All further service on Appellees shall be made to the following: 6220 East Day Mt. Spokane Rd., Mead, Washington, 99021.

DATED this _____ day of _____, 2021.

_____
JUSTICE, MT SUPREME COURT

**ORDER GRANTING WITHDRAWAL**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2021